05-36231

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DEC 2 7 2005

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

**CASE INFORMATION:**
Short Case Title: WHITMAN V NORMA Y. MINETA
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JUDGE SINGLETON - A04-18CV (JKS)
Date Complaint/Indictment/Petition Filed: COMPLAINT - DKT 1 - 1/13/05
Date Appealed Order/Judgment *entered*: JUDGMENT - DKT # 33- 12/07/05
Date NOA *filed*: 12/15/05
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

RECEIVED
JAN 1 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: N/A

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: YES RECEIPT # 00127263    Date Docket Fee billed: __
Date FP granted: __    Date FP denied: __
Is FP pending? __yes/no    Was FP Limited/Revoked?
US Government Appeal?   NO yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                 Appellee Counsel:
Terry Whitman (pro se)             Susan J. Lindquist
4300 S. 5th Avenue                 U.S. Attorney's Office
Anchorage, AK 99508                222 West 7th Avenue # 4
                                   Anchorage, Alaska 99513

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  Shari Fuhrer
                                                       907-677=6130