UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __07/05/06__

To: United States Court of Appeals       ATTN: (xxx) CIVIL
     For the Ninth Circuit
     Office of the Clerk      ( ) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103      ( )JUDGE

From: Shari Fuhrer
     U.S. District Court
     222 West 7th Avenue, #4
     Anchorage, Alaska 99513

DC No: __3:04-cv-00018-JKS__      Appeal No: __05-36231__

Short title: __Whitman v Mineta__

Composition of Record

Clerk's Files in __3__ volumes      (xx) original    ( ) certified copy

     Bulky docs. ___ volumes, docket # ___
         (folders)

Reporter's in ___ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in ___ envelopes    ( ) under seal

         in ___ boxes    ( ) under seal

Other: **NOTE: Documents 36-37 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)**
(please note any documents filed under seal)

Acknowledgement: _____      Date: _____

"record.app" [11/21/97]